UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROMAINE HINDS,       Plaintiff, | : : : | CIVIL ACTION NO. 3:14-cv-00300 (AWT) |
| v. | : : | |
| THE WOODSTOCK ACADEMY, ET AL.,       Defendants. | : : : | May 6, 2015 |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF THE COMPLAINT**

The parties in the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), request that the Court dismiss the action with prejudice and without costs to any party.

PLAINTIFF
ROMAINE HINDS:

By  /s/Adam J. Teller
    Adam J. Teller, Esq.
    Leone, Throwe, Teller & Nagle
    Fed Bar # ct02515
    33 Connecticut Boulevard,
    P.O. Box 280225
    East Hartford, CT 06128-0225
    Tel. 860-528-2145
    Fax 860-282-1539
    Email ateller@lttnlaw.com

WOODSTOCK ACADEMY
WOODSTOCK ACADEMY BOARD OF TRUSTEES


By /s/Jonathan J. Sterling
James M. Sconzo, Esq.
Fed Bar # ct04571
Jonathan J. Sterling, Esq.
Fed Bar # ct24576
Carlton Fields Jorden Burt, P.A.
One State Street
Suite 1500
Hartford, CT 06103
Tel. 860-392-5000
Fax 860-392-5058
Email jsconzo@cfjblaw.com
jsterling@cfjblaw.com



RICHARD KRYZAK
SARAH KRYZAK
ALEXANDER KRYZAK


By /s/James L. Fischer
James L. Fischer, Esq.
Fed Bar # ct13424
Loccisano Turret & Rosenbaum
101 Barnes Road
Wallingford, CT 06492
Tel. 203-294-7848
Fax 203-789-2928
Email jimfischer@libertymutual.com

2

## **CERTIFICATION**

This is to certify that on this 6th day of May, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system:

Adam J. Teller, Esq.
Leone, Throwe, Teller & Nagle
P.O. Box 280225
33 Connecticut Boulevard
East Hartford, CT 06128-0225

James L. Fischer, Esq.
Loccisano Turret & Rosenbaum
101 Barnes Road
Wallingford, CT 06492

                                                                      /s/ Jonathan C. Sterling
                                                                         Jonathan C. Sterling